```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ANSY BELIZAIRE, et al.,                                     :
                              Plaintiffs,                   :
                                                            :       18 Civ. 5020 (LGS)
             -against-                                      :
                                                            :              ORDER
AHOLD U.S.A., et al.,                                       :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2019

LORNA G. SCHOFIELD, District Judge:

Because the Court's Opinion and Order of January 22, 2019 (Dkt. No. 78) dismissed all claims in this case, the Clerk is requested to enter judgment dismissing this action and to close this case.

Dated: February 8, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**