USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANSY BELIZAIRE, et al.,

                Plaintiffs,

-against-

AHOLD U.S.A., et al.,

                Defendants.
------------------------------------------------------------X

18 CIVIL 5020 (LGS)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 8, 2019, and because the Court's Opinion and Order of January 22, 2019 (Dkt. No. 78) dismissed all claims in this case, judgment is entered dismissing this action; accordingly, the case is closed.

**Dated:**  New York, New York
         February 8, 2019

                              RUBY J. KRAJICK
                              Clerk of Court

BY:

                              Deputy Clerk