UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANSY BELIZAIRE AND ANTHONY MCALLISTER, *on behalf of themselves and all other employees similarly situated*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **AHOLD U.S.A., INC, AHOLD DELHAIZE USA, INC, PEAPOD, LLC, AND THE STOP & SHOP SUPERMARKET COMPANY LLC**, <br><br> *Defendants.* | **NOTICE OF APPEAL** <br> Civil Action No. <br> 18-cv-05020 |

Notice is hereby given that Ansy Belizaire and Anthony McAllister, plaintiffs in the above-named action, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from: (1) an Opinion and Order (one document) entered on January 22, 2019 (dated January 22, 2018 in error); (2) an Order requesting that the Clerk enter judgment dismissing and closing the case entered on February 8, 2019; and (3) the Judgment entered on February 8, 2019 dismissing the case.  Plaintiffs appeal from each and every part of the above Opinion and Order, Order and Judgment.

Dated: February 21, 2019.

                                                 **THOMAS & SOLOMON LLP**

                         By:     /s/ Jessica L. Lukasiewicz
                                       J. Nelson Thomas, Esq.
                                       Michael J. Lingle, Esq.
                                       Jessica L. Lukasiewicz, Esq.
                                       *Attorneys for Plaintiffs*
                                       693 East Avenue
                                       Rochester, New York 14607
                                       Telephone: (585) 272-0540
                                       nthomas@theemploymentattorneys.com
                                       mlingle@theemploymentattorneys.com
                                       jlukasiewicz@theemploymentattorneys.com

TO: Christopher A. Parlo
      Brendan T. Killeen
      Jason D. Burns
      Morgan, Lewis & Bockius, LLP
      101 Park Avenue
      New York, NY 10178
      (212) 309-6000

*Attorneys for Defendants*